David Jacobs (SBN 73545); Amy B. Messigian (SBN 250139)
EPSTEIN BECKER & GREEN, P.C.
1925 Century Park East, Suite 500
Los Angeles, CA 90067
Tel: (310) 556-8861 / Fax: (310) 553-2165
Attorneys for Plaintiff William Brockhaus

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

William Brockhaus,

PLAINTIFF(S)

v.

Luis Migel Gallego Basteri a/k/a Luis Migel,

DEFENDANT(S).

CASE NUMBER

2:16-MC-00104

**AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION**

☒ State of California, County of Los Angeles

☐ State of __________, County of __________

I, Amy B. Messigian hereby state under penalty of perjury that,

1. Judgment for $ 1,043,483.77 was entered on August 18, 2016 on the docket of the above-entitled action in the U. S. District Court, Central District of California in favor of Plaintiff William Brockhaus as Judgment Creditor, and against Defendant Luis Migel Gallego Basteri a/k/a Luis Migel as Judgment Debtor.

   **If this is a Registered Judgment from another Court or District, include the following information.*** Said Judgment was registered herein under Title 28, U.S. Code, Section 1963, being a Judgment which was obtained in Civil Case Number 15cv2707(KBF) in the United States District Court for the Southern District of New York and which has become FINAL.

2. I am the Judgment Creditor, or the attorney for said Judgment Creditor, and request issuance of a Writ of Execution on the Judgment.

3. ACCRUED since the entry of judgment in the Southern District of New York are the following sums:
   $ 480.02 accrued interest, computed at 0.46 % *(See note.)*
   $ 0.00 accrued costs

Credit must be given for payments and partial satisfaction in the amount of $ 0.00 which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Los Angeles, State of California, this 19th date of August, 2016.

________________
Signature

***Note: Judgments registered under 28 U.S.C. §1963 bear the rate of interest of the district of origin and calculated as of the date of entry in that district.**