| | |
|---|---|
| *Attorney or Party without Attorney:*<br>EPSTEIN BECKER & GREEN<br>AMY B. MESSIGIAN, ESQ. (250139)<br>1925 CENTURY PARK EAST 500<br>LOS ANGELES , CA 90067<br>*Telephone No:* (310) 556-8861<br>*Attorney For:* PLAINTIFF    *Ref. No. or File No.:* | *For Court Use Only* |
| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA | |
| *Plaintiff:* WILLIAM BROCKHAUS<br>*Defendant:* LUIS MIGUEL GALLEGOS BASTERI A/K/A LUIS MIGUEL | |

| PROOF OF SERVICE | *Hearing Date:* 03/09/2017 | *Time:* 9:30 AM | *Dept/Div:* 827-A | *Case Number:* 2:16-cv-06275-VAP (JPRx) |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Notice of Continuance of Judgment Debtor Examination of Defendant Luis Miguel Gallego Basteri

3. a. *Party served:* Luis Miguel Gallego Basteri
   b. *Person served:* Luis Miguel Gallego Basteri

4. *Address where the party was served:* ARIA RESORT AND CASINO
   VALET AREA
   3730 LAS VEGAS BOULEVARD
   LAS VEGAS, NV 89109

5. *I served the party:*
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Feb 23 2017 (2) at: 08:58 PM

6. *Person Who Served Papers:*
   a. CRAIG BURTON NV PILB LC #1361
   b. FIRST LEGAL INVESTIGATIONS
   2070 N. TUSTIN AVENUE, 2ND FLOOR
   SANTA ANA, CA 92705
   c. (714) 550-1375

Recoverable cost Per CCP 1033.5(a)(4)(B)

d. *The Fee for Service was:* $0.00
e. I am: a Registered Process Server

7. *I declare under penalty of perjury under the laws of the State of Californa that the foregoing is true and correct.*

*Date: Tue., Mar 1, 2017*

3/2/17 (Date) [signature] (Signature)