David Jacobs            (SBN 73545)
Amy B. Messigian        (SBN 250139)
EPSTEIN BECKER & GREEN, P.C.
1925 Century Park East, Suite 500
Los Angeles, CA 90067
Telephone: 310.556.8861
Facsimile:  310.553.2165
djacobs@ebglaw.com
amessigian@ebglaw.com

NOTE: CHANGES MADE BY THE COURT

Kenneth J. Kelly, *Pro Hac Vice*
EPSTEIN BECKER & GREEN, P.C.
250 Park Avenue
New York, New York  10177
Telephone:  212.351.4500
Facsimile:   212.878.8600
kkelly@ebglaw.com

Attorneys for Plaintiff
WILLIAM BROCKHAUS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| William Brockhaus, | Case No.: 2:16-cv-06275-VAP (JPRx) |
|---|---|
| Plaintiff, | |
| v. | **PROPOSED FINDINGS OF FACT IN SUPPORT OF CONTEMPT ORDER AGAINST DEFENDANT LUIS MIGUEL GALLEGOS BASTERI** |
| Luis Miguel Gallego Basteri a/k/a Luis Miguel, | |
| Defendant. | |

**TO THIS HONORABLE COURT AND ALL INTERESTED PARTIES:**

　　Plaintiff William Brockhaus ("Plaintiff") hereby submits the following proposed findings of fact in support of an order of contempt.

<u>Proposed Findings of Fact</u>

　　1.　Plaintiff obtained a judgment in the Southern District of New York against Defendant Luis Miguel Gallegos Basteri a/k/a Luis Miguel ("Defendant") in the amount of $1,043,483.77, which judgment was registered in this Court at Dkt. No. 1.

2. A writ of execution was issued on August 22, 2016 for the full amount of the judgment plus interest at Dkt No. 7.

3. On January 3, 2017, Plaintiff applied for a judgment debtor exam before this Court at Dkt. No. 15. The application was referred by Judge Phillips to Hon. Magistrate Judge Jean P. Rosenbluth for consideration at Dkt. No. 17.

4. On January 4, 2017, Magistrate Judge Rosenbluth ordered the personal appearance of Defendant for a judgment debtor exam on February 16, 2017 at 9:30 a.m. in Courtroom 827-A of the above-referenced court at Dkt. No. 19.

5. As reflected in representations made by counsel to the Court at the hearing on February 16, 2017, as well as the declaration of due diligence and proofs of service filed on February 13, 2017, Plaintiff had difficulty effecting personal service on Defendant but was ultimately able to do so on February 10, 2017. Plaintiff had apparently also posted notice of the judgment debtor exam on the gate of Defendant's residence and mailed a copy of the notice to Defendant, as reflected in Dkt. 23.

6. Counsel from New York appearing *pro hac vice* for Plaintiff appeared for Defendant's judgment debtor exam before this Court on February 16, 2017. No appearance was made by Defendant or his counsel. Magistrate Judge Rosenbluth continued the exam to March 9, 2017 and ordered Plaintiff to serve notice of the exam, including minutes of the proceeding, on Defendant by personal service as reflected in the Court Minutes at Dkt. No.28.

7. On February 23, 2017, Defendant was personally served with notice of the exam and Court Minutes at the Aria Hotel in Las Vegas, Nevada in the valet area. Proof of personal service was filed on March 2, 2017 at Dkt. No. 29. The Court has evaluated the proof of service that was filed and finds it to be valid on its face and reflecting timely service of the documents required on Defendant to require his appearance on March 9, 2017 for a judgment debtor exam.

///

8. Counsel from New York appearing *pro hac vice* for Plaintiff appeared for Defendant's judgment debtor exam before this Court on March 9, 2017. Again no appearance was made by Defendant or his counsel. Neither Defendant nor his counsel attempted to continue the judgment debtor exam by contacting the Court, and Plaintiff's counsel has represented that no attempts were made to Plaintiff to continue the exam. Plaintiff's counsel requested a bench warrant be issued or Defendant fined for his non-appearance. See Dkt. No. 34. Although the Court denied this request, it appears to the Magistrate Judge that Defendant Luis Miguel is in contempt of a court order. It is therefore recommended that the District Judge set an Order to Show Cause re: Contempt.

DATED: March 14, 2017                    EPSTEIN BECKER & GREEN, P.C.

                                        By: /s/   Amy B. Messigian
                                            David Jacobs
                                            Amy B. Messigian
                                            Kenneth J. Kelly

                                            Attorneys for Plaintiff
                                            WILLIAM BROCKHAUS

Dated: March 17, 2017                    _____
                                         Honorable Jean P. Rosenbluth,
                                         Magistrate Judge of the U.S. District Court

cc: Judge Phillips