UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 16-06275-VAP** | Date | March 24, 2017 |
| Title | *William Brockhaus v. Luis Miguel Gallego Basteri, a.k.a. Luis Miguel* | | |

Present: The Honorable   VIRGINIA A. PHILLIPS, CHIEF UNITED STATES DISTRICT JUDGE

| Beatrice Herrera | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):            Attorney(s) Present for Defendant(s):

None Present                                                    None Present

**Proceedings:     AMENDED ORDER TO SHOW CAUSE RE: CONTEMPT (IN CHAMBERS)**

On March 17, 2017, Magistrate Judge Jean P. Rosenbluth's issued "Findings of Fact in Support of Contempt Order Against Third Party Joe Madera." Judge Rosenbluth recommends the Court issue an Order to Show Cause re: Contempt for Third Party Joe Madera's ("Madera") failure to appear at a judgment debtor examination.

Madera was ordered by Judge Rosenbluth to appear at a judgment debtor examination on March 10, 2017. The order setting the judgment debtor examination was served on Madera personally on February 28, 2017. Madera failed to appear at the March 10, 2017 examination.

The Court now orders Madera to appear before the Court on April 17, 2017 at 2:00 p.m. in Courtroom 8A of the First Street Federal Courthouse located at 350 W. 1st Street in Los Angeles, to show cause why he should not be held in contempt. The Court warns Madera if he fails to appear at the **April** 17, 2017 hearing, the Court will issue a warrant for his arrest and the United States Marshal shall execute the warrant.

Plaintiff must serve this Order upon Madera personally within 10 days hereof and file proof of such service within the same 10 days.

**IT IS SO ORDERED.**