UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 16-06275-VAP** | Date | March 24, 2017 |
| Title | *William Brockhaus v. Luis Miguel Gallego Basteri, a.k.a. Luis Miguel* | | |

Present: The Honorable   VIRGINIA A. PHILLIPS, CHIEF UNITED STATES DISTRICT JUDGE

| Beatrice Herrera | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   **AMENDED ORDER TO SHOW CAUSE RE: CONTEMPT (IN CHAMBERS)**

On March 17, 2017, Magistrate Judge Jean P. Rosenbluth's issued "Findings of Fact in Support of Contempt Order Against Defendant Luis Miguel Gallegos Basteri." Judge Rosenbluth recommends the Court issue an Order to Show Cause re: Contempt for Luis Miguel Gallegos Basteri's ("Defendant") failure to appear at a judgment debtor examination.

Defendant was ordered by Judge Rosenbluth to appear at a judgment debtor examination on February 16, 2017. The order setting the judgment debtor examination was served on Defendant personally on February 10, 2017. Defendant failed to appear at the February 16, 2017 examination.

After Defendant failed to appear as ordered, Judge Rosenbluth continued the examination to March 9, 2017 and ordered Plaintiff William Brockhaus ("Plaintiff") to serve Defendant with notice of the examination and her order continuing the examination by personal service. Plaintiff served Defendant personally as ordered on February 23, 2017. Defendant failed to appear at the March 9, 2017 examination.

The Court now orders Defendant to appear before the Court on April 17, 2017 at 2:00 p.m. in Courtroom 8A of the First Street Federal Courthouse located at 350 W. 1st Street in Los Angeles, to show cause why he should not be held in contempt. The Court warns Defendant if he fails to appear at the **April** 17, 2017 hearing, the Court will issue a warrant for his arrest and the United States Marshal shall execute the warrant.

   Plaintiff must serve this Order upon Defendant personally within 10 days hereof and file proof of such service within the same 10 days.

   **IT IS SO ORDERED.**