**United States District Court**
**Central District of California**

William Brockhaus

Plaintiff

v.

Luis Miguel Gallego Basteri

Defendant

**WARRANT FOR ARREST**

Case No.: CV 16-6275-VAP (JPRx)

TO: The United States Marshal and Any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest: **Luis Miguel Gallego Basteri**

and bring him forthwith to the nearest Magistrate Judge to answer a(n):

☐ Indictment ☐ Information ☐ Complaint √ **Order of Court**

☐ Violation Notice ☐ Probation Violation Petition charging him/her with (enter description of offense below):

in violation of Title 18 United States Code, Section(s) 401, 3146

Kiry Gray
Name of Issuing Officer

CLERK OF COURT
Title of Issuing Officer

Jacob Yerke for Kiry Gray
Signature of Issuing Officer

April 17, 2017 at L.A.CA
Date and Location

Bail Fixed at $_______________

By Virginia A. Phillips
Virginia A. Phillips, Judicial Officer

**RETURN**

**This warrant was received and executed with the arrest of the above-named defendant at** ___________________

__________________________________________________________________________.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |