UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| Case No. | **CV 16-06275-VAP (JPRx)** | Date | 5/2/2017 |
|---|---|---|---|
| Title | ***William Brockhaus v. Luis Miguel Gallego Basteri*** | | |

| Present: The Honorable | VIRGINIA A. PHILLIPS, CHIEF UNITED STATES DISTRICT JUDGE |
|---|---|

| Beatrice Herrera | Phyllis Preston |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| Amy B. Messigian | Kris Demirjian |

**Proceedings:** **MINUTE ORDER RE PROCEEDINGS**

The Arrest on Bench Warrant for Failure to Appear at Order to Show Cause Hearing Regarding Contempt hearing is held. Counsel Amy B. Messigian appears on behalf of William Brockhaus ("Plaintiff"), and counsel Kris Demirjian appears on behalf of Defendant and Judgment Debtor Luis Miguel Gallego Basteri, a.k.a. Luis Miguel ("Defendant"). Defendant is present in Court.

The Court directs Defendant to appear before Magistrate Judge Jean P. Rosenbluth forthwith. The Court declines to vacate the bench warrant issued on April 17, 2017. (Doc. No. 52.) Instead, the Court orders Defendant be released on personal recognizance bond in the amount of $1,000,000. The bond will be exonerated once Defendant has appeared at all judgment debtor proceedings and the judgment debtor proceedings are complete.

Defendant signed a personal recognizance bond. Defendant is released forthwith pursuant to release order D9544.

**IT IS SO ORDERED.**



: **11**
Initials of Deputy Clerk: bh